JESSE J. BRADFORD, trustee, plaintiff in error, *vs.* THE WATER LOT COMPANY OF THE CITY OF COLUMBUS, defendant in error.

According to 'the decision in *Akin vs. Freeman*, made at January term, 1873, a judgment obtained December 13th, 1859, on which an execution was issued September 17th, 1867, was not dormant at the date of issuing the execution.

Dormant judgment. Statute of limitations. Before Judge JAMES JOHNSON. Muscogee Superior Court. May Term, 1873.

Van Leonard, as trustee of the Howard Manufacturing Company, obtained judgment against the Water Lot Company of the city of Columbus, on December 13th, 1859, for $3,033 35 damages, and costs. Execution issued on Septem-

ber 17th, 1867. A levy was made on April 1st, 1868. An affidavit of illegality was filed on the ground that said judgment was dormant. The illegality was sustained, and plaintiff excepted.

Van Leonard having died, and Jesse J. Bradford having been appointed his successor, as trustee, he was made a party plaintiff on the calling of the case in the supreme court.

R. J. MOSES, for plaintiff in error.

HENRY L. BENNING, for defendant.

TRIPPE, Judge.

This case comes within the decision rendered January term, 1873, in *Akin vs. Freeman,* and is controlled by it.

Judgment reversed.